UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------
JAN KONOPCA,

                            Plaintiff,

       -against-

THE FINISH LINE, INC.,

                          Defendant.
-------------------------------------------------------------------

Civil No.: 1:14-cv-01169-SJ-MDG

### NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant THE FINISH LINE, INC., and discontinues his claims against the Defendant in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.


Dated:        Brooklyn, New York
             June 23, 2014       /s/ Yitzchak Zelman_____
                               Yitzchak Zelman, Esq. (YZ5857)
                               LAW OFFICE OF ALAN J. SASSON, P.C.
                               1669 East 12 Street, 2nd Floor
                               Brooklyn, New York 11229
                               Phone:   (718) 339-0856
                               *Attorney for the Plaintiff*


SO ORDERED: *[signature]*
DATED: _____7/7/14_____